# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 20, 2017

Stephen J. Markman,
Chief Justice

154526(86)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

SOUTH DEARBORN ENVIRONMENTAL
IMPROVEMENT ASSOCIATION, INC.,
DETROITERS WORKING FOR
ENVIRONMENTAL JUSTICE, ORIGINAL
UNITED CITIZENS OF SOUTHWEST
DETROIT, and SIERRA CLUB,
          Petitioners-Appellees,

v

DEPARTMENT OF ENVIRONMENTAL
QUALITY and DAN WYANT,
          Respondents-Appellees,
and

AK STEEL CORPORATION,
          Appellant.
_____/

SC: 154526
COA: 326485
Wayne CC: 14-008887-AA

On order of the Chief Justice, the motion for the temporary admission of out-of-state attorney Adam P. Hall to practice *pro hac vice* is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 20, 2017



Clerk